IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA BELL | FILED | CIVIL ACTION |
| v. | DEC ? 1 2018 | |
| NANCY GIROUX, et al. | KATE BARKMAN, Clerk<br>By_____Dep. Clerk | No. 13-7449 |

## ORDER

AND NOW, this 19th day of December, 2018, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, and other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Respondents' motion to dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus is **DISMISSED and DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

J. Curtis Joyner, J.